Opinion
issued April 5, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00111-CV

 



 

TIMOTHY J. CROMIE,
Appellant

 

V.

 

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS, CHILD SUPPORT DIVISION, Appellee

 



                                                                                               

On Appeal from County Court
at Law No. 3

 Galveston County, Texas

Trial Court Cause No. 03FD3028

 



 

MEMORANDUM
OPINION








Appellant Timothy J. Cromie
has failed to timely file a brief.  See
Tex. R. App. P. 38.6(a)
(governing time to file brief), 38.8(a) (governing failure of appellant to file
brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Keyes, Bland, and Sharp.